# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
| Defendant 2 | AGC CHEMICALS AMERICAS, INC. |
| Defendant 3 | ALLSTAR FIRE EQUIPMENT |
| Defendant 4 | AMEREX CORPORATION |
| Defendant 5 | ARCHROMA U.S., INC. |
| Defendant 6 | ARKEMA INC. |
| Defendant 7 | BASF CORPORATION, individually and as successor in interest to Ciba, Inc. |
| Defendant 8 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 9 | CARRIER GLOBAL CORPORATION |
| Defendant 10 | CB GARMENT, INC. |
| Defendant 11 | CHEMDESIGN PRODUCTS INC. |
| Defendant 12 | CHEMGUARD INC. |
| Defendant 13 | CHEMICALS INCORPORATED |
| Defendant 14 | CHEMOURS COMPANY FC, LLC |
| Defendant 15 | CHUBB FIRE LTD. |
| Defendant 16 | CLARIANT CORPORATION |
| Defendant 17 | CORTEVA, INC. |
| Defendant 18 | DAIKIN AMERICA, INC. |
| Defendant 19 | DEEPWATER CHEMICALS INC. |
| Defendant 20 | DUPONT DE NEMOURS, INC. (f/k/a DOWDUPONT INC.) |
| Defendant 21 | DYNAX CORPORATION |
| Defendant 22 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 23 | FIRE-DEX, LLC |
| Defendant 24 | FIRE SERVICE PLUS, INC. |
| Defendant 25 | GLOBE MANUFACTURING COMPANY LLC |
| Defendant 26 | HONEYWELL SAFETY PRODUCTS USA, INC. |
| Defendant 27 | INNOTEX CORP. |

| | |
|---|---|
| Defendant 28 | JOHNSON CONTROLS, INC. |
| Defendant 29 | KIDDE PLC, INC. |
| Defendant 30 | L.N. CURTIS & SONS |
| Defendant 31 | LION GROUP, INC. |
| Defendant 32 | MALLORY SAFETY AND SUPPLY LLC |
| Defendant 33 | MILLIKEN & COMPANY |
| Defendant 34 | MINE SAFETY APPLIANCES COMPANY, LLC |
| Defendant 35 | MUNICIPAL EMERGENCY SERVICES, INC |
| Defendant 36 | NATION FORD CHEMICAL COMPANY |
| Defendant 37 | NATIONAL FOAM, INC. |
| Defendant 38 | PBI PERFORMANCE PRODUCTS, INC. |
| Defendant 39 | PERIMETER SOLUTIONS, LP |
| Defendant 40 | RAYTHEON TECHNOLOGIES CORPORATION |
| Defendant 41 | RICOCHET MANUFACTURING COMPANY, INC |
| Defendant 42 | SAFETY COMPONENTS FABRIC TECHNOLOGIES, INC |
| Defendant 43 | SOUTHERN MILLS INC |
| Defendant 44 | STEDFAST USA INC. |
| Defendant 45 | THE CHEMOURS COMPANY |
| Defendant 46 | TYCO FIRE PRODUCTS LP, as successor-in-interest to The Ansul Company |
| Defendant 47 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 48 | UTC FIRE & SECURITY AMERICAS CORP., INC. (f/k/a GE Interlogix, Inc.) |
| Defendant 49 | VERIDIAN LIMITED |
| Defendant 50 | W.L. GORE & ASSOCIATES INC. |
| Defendant 51 | WITMER PUBLIC SAFETY GROUP, INC. |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on: **Diversity** and **The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)**

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

   - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

   - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiffs Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

   Kidney Cancer
   Testicular Cancer
   Thyroid Disease
   Ulcerative Colitis
   Liver Cancer
   Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

   Count I — Defective Design
   Count II — Failure to Warn
   Count III — Negligence
   Count IV — Negligence Per Se
   Count V — Trespass and Battery
   Count VI — Strict Product Liability
   Count VII — Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
   Count VIII — Concealment, Misrepresentation, and Fraud
   Count IX — Conspiracy
   Count X — Wrongful Death
   Count XI — Loss of Consortium

   Other Causes of Action:
   Count XII — __Wantonness__
   Count XIII — __Breach of Express and Implied Warranties__
   Count XIV — _____
   Count XV — _____
   Count XVI — _____
   Count XVII — _____
   Count XVIII — _____
   Count XIX — _____
   Count XX — _____

Others
_____
_____
_____

### Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 2, 2025

Respectfully Submitted,

**Marc J. Bern & Partners, LLP**

By: /s/ *Joseph Y. Shenkar*
Joseph Y. Shenkar (Federal Bar # 10861)
Marc J. Bern & Partners, LLP
101 West Elm St., Suite 520
Conshohocken, PA 19428
Phone: (803) 315-3357
Email: jshenkar@bernllp.com
Fax: (610) 941-9880

**ATTORNEY FOR PLAINTIFF**

**Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL2873[1]**

| P's Number | Plaintiff Name (if injured party is deceased or Incapacitated, style as "PlaintiffName o/b/o Injured/deceased Part Plaintiff Name | DOB (of injured party) | State of Residence | Zip Code | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer, and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ainsworth, Tonya Marie | 1967-10-27 | TN | 37659 | Eastern District of Tennessee | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 2 | Ainsworth, Gordon | Unknown | TN | 37659 | Eastern District of Tennessee | N/A | N/A | N/A | N/A | Counts: XI |
| 3 | Ball, Reginald | 1984-12-26 | MO | 63077 | Eastern District of Missouri | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 4 | Ball, Andrea | Unknown | MO | 63077 | Eastern District of Missouri | N/A | N/A | N/A | N/A | Counts: XI |
| 5 | Barker, Phillip | 1969-07-01 | AR | 72936 | Western District of Arkansas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 6 | Barker, Vickie | Unknown | AR | 72936 | Western District of Arkansas | N/A | N/A | N/A | N/A | Counts: XI |
| 7 | Barrilleaux, Patrick | 1962-08-26 | LA | 70127 | Eastern District of Louisiana | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 8 | Bates, Russell | 1968-10-07 | MI | 48867 | Eastern District of Michigan | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 9 | Beebe, Frederick | 1962-01-31 | TX | 78253 | Western District of Texas | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 10 | Beebe, Joanna Cantu | Unknown | TX | 78253 | Western District of Texas | N/A | N/A | N/A | N/A | Counts: XI |
| 11 | Bell, Mark | 1964-11-14 | IL | 61107 | Northern District of Illinois | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 12 | Bell, Stephanie | Unknown | IL | 61107 | Northern District of Illinois | N/A | N/A | N/A | N/A | Counts: XI |
| 13 | Bennett, Brad | 1964-03-20 | SD | 57430 | District of South Dakota | Yes | No | Yes | Ulcerative Colitis | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 14 | Bennett, Angela | Unknown | SD | 57430 | District of South Dakota | N/A | N/A | N/A | N/A | Counts: XI |
| 15 | Bester, Michael | 1966-12-31 | TX | 79911 | Western District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 16 | Brooks, Robert | 1964-08-07 | CA | 92311 | Central District of California | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 17 | Brooks, Wanita | Unknown | CA | 92311 | Central District of California | N/A | N/A | N/A | N/A | Counts: XI |
| 18 | Brown, Timothy | 1984-07-31 | AL | 36535 | Southern District of Alabama | Yes | No | Yes | Ulcerative Colitis | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 19 | Brown, Ryan | Unknown | AL | 36535 | Southern District of Alabama | N/A | N/A | N/A | N/A | counts: XI |
| 20 | Brown, Henry | 1983-05-01 | LA | 70812 | Middle District of Louisiana | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 21 | Burkett, John | 1960-08-30 | FL | 32148 | Middle District of Florida | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 22 | Burnett, Jerry | 1969-06-18 | TX | 75165 | Northern District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 23 | Burnett, Tabatha | Unknown | TX | 75165 | Northern District of Texas | N/A | N/A | N/A | N/A | Counts: XI |
| 24 | Campos, Longinos III | 1959-03-21 | TX | 78223 | Western District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 25 | Campos, Pammaleya | Unknown | TX | 78223 | Western District of Texas | N/A | N/A | N/A | N/A | Counts: XI |
| 26 | Cassell, Wynnette | 1971-01-12 | AR | 71835 | Western District of Arkansas | Yes | No | Yes | Thyroid Cancer, Thyroid Disease, High Cholesterol | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 27 | Cassell, Allen T | Unknown | AR | 71835 | Western District of Arkansas | N/A | N/A | N/A | N/A | Counts: XI |
| 28 | Cerant, David | 1985-09-28 | NY | 11208 | Eastern District of New York | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 29 | Chivers, Thomas | 1978-09-17 | AK | 99603 | District of Alaska | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 30 | Chivers, Corey | Unknown | AK | 99603 | District of Alaska | N/A | N/A | N/A | N/A | Counts: XI |
| 31 | Clampet, Mark | 1956-09-19 | NY | 12589 | Northern District of New York | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 32 | Clampet, Elizabeth | Unknown | NY | 12589 | Northern District of New York | N/A | N/A | N/A | N/A | Counts:XI |
| 33 | Cobb, Tammy | 1967-03-03 | NM | 87123 | District of New Mexico | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 34 | Coleman, Thomas | 1963-12-11 | WV | 26261 | Southern District of West Virginia | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 35 | Coleman, Tamela | Unknown | WV | 26261 | Southern District of West Virginia | N/A | N/A | N/A | N/A | Counts: XI |
| 36 | Coleman, Jacqueline | 1963-10-25 | MS | 39339 | Northern District of Mississippi | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 37 | Collier, Gwendolyn | 1963-04-04 | IL | 60636 | Northern District of Illinois | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 38 | Corona, Michelle | 1963-03-02 | CA | 92553 | Central District of California | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 39 | Cranmer, Randy | 1967-01-05 | OK | 74107 | Northern District of Oklahoma | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 40 | Szejner, Wioletta | Unknown | OK | 74107 | Northern District of Oklahoma | N/A | N/A | N/A | N/A | Counts: XI |
| 41 | Creamer, Sean David | 1961-12-27 | NC | 28562 | Eastern District of North Carolina | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 42 | Creamer, Robin Shelton | Unknown | NC | 28562 | Eastern District of North Carolina | N/A | N/A | N/A | N/A | Counts: XI |
| 43 | Culpepper, Dionne | 1984-09-04 | GA | 30241 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 44 | Davenport, Daniel | 1988-09-05 | CA | 92307 | Central District of California | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 45 | Davenport, Cortney | Unknown | CA | 92307 | Central District of California | N/A | N/A | N/A | N/A | Counts: XI |
| 46 | Davis, Eric | 1981-05-01 | CA | 95207 | Eastern District of California | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |

1 Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
2 No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 47 | Demij, Apoleen | 1992-12-08 | GA | 30016 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 48 | Edwards, Alvina | 1973-07-11 | TX | 76542 | Western District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 49 | Elkins, Douglas Keith Jr | 1966-04-30 | IN | 47348 | Northern District of Indiana | Yes | No | Yes | High Cholesterol, Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 50 | Elkins, Amanda Lynn | Unknown | IN | 47348 | Northern District of Indiana | N/A | N/A | N/A | N/A | Counts: XI |
| 51 | Embley, Gary | 1965-08-05 | NJ | 8805 | District of New Jersey | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 52 | Espino, Heather | 1975-11-25 | FL | 34762 | Middle District of Florida | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 53 | Espino, Armin | Unknown | FL | 34762 | Middle District of Florida | N/A | N/A | N/A | N/A | Counts: XI |
| 54 | Farley, David | 1962-12-08 | AK | 99645 | District of Alaska | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 55 | Farley, Laura | Unknown | AK | 99645 | District of Alaska | N/A | N/A | N/A | N/A | Counts: XI |
| 56 | Farver, Delshawn | 1967-11-13 | MI | 48212 | Eastern District of Michigan | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 57 | Farver, Soraya | Unknown | MI | 48212 | Eastern District of Michigan | N/A | N/A | N/A | N/A | Counts: XI |
| 58 | Findley, Russell | 1961-12-07 | GA | 30721 | Northern District of Georgia | Yes | No | Yes | Ulcerative Colitis | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 59 | Findley, Marie | Unknown | GA | 30721 | Northern District of Georgia | N/A | N/A | N/A | N/A | Counts: XI |
| 60 | Gaddis, Michele | 1979-11-12 | OH | 45502 | Southern District of Ohio | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 61 | Gaddis, Lorenzo | Unknown | OH | 45502 | Southern District of Ohio | N/A | N/A | N/A | N/A | Counts:XI |
| 62 | Gawrylo, Radoslaw | 1981-03-04 | NJ | 7630 | District of New Jersey | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 63 | Gawrylo, Lindsay A | Unknown | NJ | 7630 | District of New Jersey | N/A | N/A | N/A | N/A | Counts: XI |
| 64 | Graham, Arldadita | 1988-11-26 | SC | 29532 | District of South Carolina | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 65 | Gray, Michael | 1968-07-28 | CO | 81154 | District of Colorado | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 66 | Gray, Dyanna | Unknown | CO | 81154 | District of Colorado | N/A | N/A | N/A | N/A | Counts: XI |
| 67 | Grice, Christine | 1966-07-04 | IA | 50158 | Southern District of Iowa | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 68 | Haas, Darin | 1970-07-25 | TN | 37010 | Middle District of Tennessee | Yes | No | Yes | Thyroid Disease, High Cholesterol | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 69 | Thurston, Jessica | Unknown | TN | 37010 | Middle District of Tennessee | N/A | N/A | N/A | N/A | Counts: XI |
| 70 | Hasty, Stephen | 1978-07-29 | SC | 29016 | District of South Carolina | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 71 | Hasty, Aundrea | Unknown | SC | 29016 | District of South Carolina | N/A | N/A | N/A | N/A | Counts: XI |
| 72 | Hefner, Aaron | 1978-02-05 | NC | 27310 | Middle District of North Carolina | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 73 | Hefner, Jenneffer | Unknown | NC | 27311 | Middle District of North Carolina | N/A | N/A | N/A | N/A | Counts: XI |
| 74 | Henneke, Matthew | 1977-04-12 | OR | 97850 | District of Oregon | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 75 | Henneke, Veronica | Unknown | OR | 97850 | District of Oregon | N/A | N/A | N/A | N/A | Counts: XI |
| 76 | Hockey, Michael | 1961-09-19 | IA | 51058 | Northern District of Iowa | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 77 | Holliday, Vantress | 1984-06-01 | GA | 30241 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 78 | Holt, Craig | 1978-12-04 | NC | 27834 | Eastern District of North Carolina | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 79 | Holt, Alisha | Unknown | NC | 27834 | Eastern District of North Carolina | N/A | N/A | N/A | N/A | Counts: XI |
| 80 | Hubbard, Darwin | 1964-09-30 | MI | 48221 | Eastern District of Michigan | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 81 | Hubbard, Demetrius | 1979-11-01 | AR | 72114 | Eastern District of Arkansas | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 82 | Irwin, Jay | 1950-06-10 | OH | 45431 | Southern District of Ohio | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 83 | Jackson, Kevontay | 1982-02-26 | CA | 90016 | Central District of California | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 84 | Jordan, Marcel | 1990-05-26 | NY | 11226 | Eastern District of New York | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 85 | Jordan, Anthony | 1990-04-07 | IL | 60623 | Northern District of Illinois | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 86 | Judd, Brent | 1981-09-27 | OK | 74354 | Northern District of Oklahoma | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 87 | Judd, Whitney | Unknown | OK | 74354 | Northern District of Oklahoma | N/A | N/A | N/A | N/A | Counts: XI |
| 88 | Kessler, Kerry | 1982-06-02 | TX | 75114 | Northern District of Texas | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 89 | Kessler, Jayla | Unknown | TX | 75114 | Northern District of Texas | N/A | N/A | N/A | N/A | Counts: XI |
| 90 | Landry, Darrell | 1985-11-21 | CA | 90006 | Central District of California | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 91 | Lewis, John | 1966-03-29 | HI | 96817 | District of Hawaii | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 92 | Magee, Wayneard | 1975-11-24 | LA | 70438 | Eastern District of Louisiana | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 93 | Mahoney, Clifford | 1953-07-09 | IL | 61081 | Northern District of Illinois | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 94 | Marggraff, Shari | 1972-08-24 | NC | 28326 | Middle District of North Carolina | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 95 | Marggraff, George | Unknown | NC | 28326 | Middle District of North Carolina | N/A | N/A | N/A | N/A | Counts: XI |
| 96 | Martin, Rachael | 1978-10-27 | FL | 32570 | Northern District of Florida | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 97 | Martin, Steve | Unknown | FL | 32570 | Northern District of Florida | N/A | N/A | N/A | N/A | Counts: XI |
| 98 | Massey, Clifton | 1960-05-04 | TX | 77316 | Southern District of Texas | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 99 | McCormick, Darvin | 1996-09-23 | CA | 90057 | Central District of California | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 100 | McIntyre, Sylvia | 1975-11-30 | MS | 39213 | Southern District of Mississippi | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 101 | MCIntyre, Charles | Unknown | MS | 39213 | Southern District of Mississippi | N/A | N/A | N/A | N/A | Counts: XI |
| 102 | Miller-Harlan, Joanna | 1970-01-28 | KY | 40272 | Western District of Kentucky | Yes | No | Yes | Thyroid Disease, High Cholesterol | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 103 | Harlan, Jeffery | Unknown | KY | 40272 | Western District of Kentucky | N/A | N/A | N/A | N/A | Counts: XI |
| 104 | Morris, Jeremy | 1973-08-24 | AL | 35546 | Northern District of Alabama | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 105 | Morris, Kristy | Unknown | AL | 35546 | Northern District of Alabama | N/A | N/A | N/A | N/A | Counts: XI |
| 106 | Mota, Miguel | 1976-06-26 | TX | 75088 | Northern District of Texas | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 107 | Nared, Charlisa | 1977-08-07 | FL | 32277 | Middle District of Florida | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 108 | Nared, Jeffery | Unknown | FL | 32277 | Middle District of Florida | N/A | N/A | N/A | N/A | Counts: XI |
| 109 | Nichols, James | 1955-12-24 | CA | 91911 | Southern District of California | Yes | No | Yes | Ulcerative Colitis | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 110 | Nichols, Christina | Unknown | CA | 91911 | Southern District of California | N/A | N/A | N/A | N/A | Counts: XI |
| 111 | Ortiz, Miguel | 1960-06-13 | FL | 32827 | Middle District of Florida | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 112 | Peters, Wendon | 1963-12-02 | OR | 97008 | District of Oregon | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 113 | Peters, Melissa | Unknown | OR | 97008 | District of Oregon | N/A | N/A | N/A | N/A | Counts: XI |
| 114 | Riley, Rickard Russel | 1982-06-02 | MO | 65747 | Western District of Missouri | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 115 | Roberts, Oscar | 1978-03-13 | CA | 91324 | Central District of California | Yes | No | Yes | Liver Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 116 | Roberts, Stella | Unknown | CA | 91324 | Central District of California | N/A | N/A | N/A | N/A | Counts: XI |
| 117 | Robinson, Robin | 1960-09-09 | GA | 30311 | Northern District of Georgia | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 118 | Rogers, Brenda | 1967-03-24 | VA | 23456 | Eastern District of Virginia | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 119 | See, Reginald Scott | 1967-05-16 | NC | 28610 | Western District of North Carolina | Yes | No | Yes | Thyroid Disease, Ulcerative Colitis | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 120 | See, Denise A. | Unknown | NC | 28610 | Western District of North Carolina | N/A | N/A | N/A | N/A | Counts: XI |
| 121 | Shipman, Tracy | 1966-10-02 | NY | 11212 | Eastern District of New York | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 122 | Sides, Gene | 1946-04-19 | AL | 36093 | Middle District of Alabama | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 123 | Sides, Gwen | Unknown | AL | 36093 | Middle District of Alabama | N/A | N/A | N/A | N/A | Counts: XI |
| 124 | Simmons, Sharkey | 1980-04-17 | NY | 11432 | Eastern District of New York | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 125 | Sinagra, David | 1969-11-25 | MA | 2745 | District of Massachusetts | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 126 | Smith, Steven | 1974-07-20 | GA | 30096 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 127 | Smith, Scott | 1969-12-12 | MS | 39209 | Southern District of Mississippi | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 128 | Smoak, Ebony | 1992-01-10 | PA | 19023 | Eastern District of Pennsylvania | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 129 | Stafford, Kimyunna | 1972-05-31 | TN | 37043 | Middle District of Tennessee | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 130 | Stafford, Darrell | Unknown | TN | 37043 | Middle District of Tennessee | N/A | N/A | N/A | N/A | Counts: XI |
| 131 | Stoute, Hector | 1969-12-12 | NY | 11203 | Eastern District of New York | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 132 | Stoute, Manetta | Unknown | NY | 11203 | Eastern District of New York | N/A | N/A | N/A | N/A | Counts: XI |
| 133 | Tasker, Charles | 1960-11-07 | AZ | 86406 | District of Arizona | Yes | No | Yes | Testicular Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 134 | Thomas, Rishine | 1981-01-26 | PA | 19145 | Eastern District of Pennsylvania | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 135 | Thomas, Darius | 1992-08-12 | TX | 77449 | Southern District of Texas | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 136 | Vallerga, Christopher | 1955-03-25 | MT | 59826 | District of Montana | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 137 | Vallerga, Cathey Marie | Unknown | MT | 59826 | District of Montana | N/A | N/A | N/A | N/A | Counts: XI |
| 138 | Vaughn, William | 1976-04-26 | GA | 31548 | Southern District of Georgia | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 139 | Vaughn, Heather | Unknown | GA | 31548 | Southern District of Georgia | N/A | N/A | N/A | N/A | Counts: XI |
| 140 | Watford, Diane | 1964-01-12 | NY | 11368 | Eastern district of New York | Yes | No | Yes | Kidney Cancer, High Cholesterol | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 141 | Watson, Dean | 1969-10-11 | GA | 30252 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 142 | Watson, Monifa | Unknown | GA | 30252 | Northern District of Georgia | N/A | N/A | N/A | N/A | Counts: XI |
| 143 | Weis, William | 1959-05-20 | FL | 32506 | Northern District of Florida | Yes | No | Yes | Thyroid Disease | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 144 | Weis, Lorrie Ann | Unknown | FL | 32506 | Northern District of Florida | N/A | N/A | N/A | N/A | Counts: XI |
| 145 | Wesley, Felicia | 1971-04-16 | NV | 89106 | District of Nevada | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 146 | White, Leroy | 1946-12-29 | MS | 39120 | Southern District of Mississippi | Yes | No | Yes | Thyroid Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |

| 147 | White, Claudia | Unknown | MS | 39120 | Southern District of Mississippi | N/A | N/A | N/A | N/A | Counts: XI |
| 148 | Wilcoxon, Timothy | 1980-03-05 | WA | 99001 | Eastern District of Washington | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 149 | Williams, Marqus | 1982-01-15 | MD | 21217 | District of Maryland | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 150 | Wilkas, Eric | 1973-02-23 | FL | 32408 | Northern District of Florida | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |